In the Matter of the Application of THE FIDELITY AND
DEPOSIT COMPANY OF MARYLAND, Appellant, for Leave to
Commence an Action against GEORGE H. STEVENS, as
Committee of the Person and Estate of NANCY C. WARNER,
an Incompetent, Respondent.

*Matter of Fidelity & Deposit Co.* v. *Stevens,* 87 App. Div. 609, affirmed.
(Argued January 4, 1904; decided January 19, 1904.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the third judicial depart-
ment, entered September 15, 1903, which affirmed an order
of Special Term denying the application of petitioner for
leave to commence an action against the respondent herein.

The following questions were certified:

" I. As between the sureties on all the bonds mentioned in
the record, was the appellant first and primarily liable on the
last appeal bond ? .

" II. The appellant being surety on the appeal bonds, can it
require contribution from sureties on the original bond of the
committee or from the estates of such persons, even if the
amount paid by the appellant was in form paid on the bond

given by the committee, as such, and not on the appeal bonds?"

*J. Murray Downs* for appellant.

*Peter A. Delaney* for respondent.

Order affirmed, with costs. First question certified answered in the affirmative and second question in the negative; no opinion.

Concur: PARKER, Ch. J., BARTLETT, MARTIN, VANN and CULLEN, JJ. Absent: O'BRIEN and WERNER, JJ.